FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

November 9, 2012

Elisabeth A. Shumaker
Clerk of Court

In re: MIKEAL GLENN STINE,

    Petitioner.

No. 12-1449

**ORDER**

    The filing fee for this mandamus proceeding was not paid when the materials were forwarded to the court. Accordingly, while we have opened this matter, we note petitioner Mikeal Glenn Stine, a federal prisoner, continues to be subject to the "three strikes" provisions of the applicable statute. *See* 28 U.S.C. § 1915(g). Specifically, we note, as we have before, that Mr. Stine has filed three or more civil actions or appeals which were dismissed for failure to state a claim upon which relief could be granted or because the actions were deemed frivolous. *See e.g., Stine v. Wiley*, No. 07-CV-102 (D. Colo. Feb. 8, 2007); *Stine v. Collins, et al.,* No. 08-1078 (10th Cir. June 4, 2008); *Stine v. Reeves*, No. 07-CV-581 (D. Ariz. April 2, 2007). He must, therefore, pay the filing fee in full before proceeding or show he falls under an exception to the statute.

    In this regard, we note that while Mr. Stine makes reference in his petition to the "imminent danger" exception found in 28 U.S.C. § 1915(g), he has not made specific allegations regarding his situation. Indeed, his allegations are non-specific and

conclusory. *See Stine v. Federal Bureau of Prisons*, 465 Fed. App'x 790, 792-93 (10th Cir. 2012). As a result, they are insufficient to establish the exception applies.

Consequently, within 21 days of the date of this order, Mr. Stine may show cause in writing why this mandamus petition should not be dismissed for failure to prepay the filing fee of $450 as is required by § 1915(g), or why, citing specific legal authority, the provisions of the Prison Litigation Reform Act do not apply here. If Mr. Stine does not timely respond or otherwise fails to fulfill the requirements of this order, this appeal will be dismissed for failure to prosecute without further notice. *See* 10th Cir. R. 42.1.

    Entered for the Court

    *Elisabeth A. Shumaker*

    ELISABETH A. SHUMAKER, Clerk