FILED  
United States Court of Appeals  
Tenth Circuit  

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

November 29, 2012

Elisabeth A. Shumaker  
Clerk of Court

In re: MIKEAL GLENN STINE,

Petitioner.

No. 12-1449  
(D.C. No. 1:12-CV-02701-BNB)

**ORDER**

This matter is before the court on petitioner's motion to voluntarily dismiss this petition for writ of mandamus. The motion is granted. 10th Cir. R. 27.3(A)(9).

Entered for the Court

ELISABETH A. SHUMAKER, Clerk