FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

November 29, 2012

Elisabeth A. Shumaker
Clerk of Court

In re: MIKEAL GLENN STINE,

Petitioner.

No. 12-1449
(D.C. No. 1:12-CV-02701-BNB)

**ORDER**

This matter is before the court on petitioner's motion to voluntarily dismiss this petition for writ of mandamus. The motion is granted. 10th Cir. R. 27.3(A)(9).

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk